Y. G. RUST, survivor of SIMS & RUST, petitioner, *vs.* G·
W. GARMANY, Agent of THE MECHANICS AND LOAN AS-
OCIATION.

When a case has been heard and decided in this Court, (the Court having
  jurisdiction of the parties and the subject matter as provided by law,)
  its judgment is final and conclusive as to the rights of the parties in that
  case, and a re-hearing will not be allowed.

Petition for re-hearing in Supreme Court.

George W. Garmany, as agent of the Mechanics and Loan
Association, was plaintiff in error against this petitioner,
seeking to set aside a decision of Judge Vason, made in No-
vember, 1866, in a possessory warrant for fifty-four bales of
cotton.

The case was returnable to December Term, 1866, of this
Court, and at that term the judgment below was reversed.

Now comes the petitioner and avers that the bill of excep-
tions in that case, did not contain all the facts material to a
clear understanding of the cause; that this Court mistook
the application of the facts which it did contain, to the law
of the case; and prays this Court to re-examine the premises,
and reverse its said judgment.

LYONS, DEGRAFFENREID & SHORTER, for petitioner.

No appearance for the defendant.

WARNER, C. J.

This is an application for the re-hearing of a cause heard
and decided by this Court at the last December term, 1866,
upon the *alleged* ground that the bill of exceptions then be-
fore the Court, did not contain all the facts material to a clear
understanding of the case; and that this Court mistook the
application of the facts which it did contain, to the law of
the case.

If the bill of exceptions did not contain all the facts, the
party had his remedy, if any, when the case was before the
Court at the former term. It is too late to complain now.

17

When a cause has been heard before this Court and decided by it, (the Court having jurisdiction of the parties and the subject matter as provided by law,) its judgment is *final* and *conclusive,* as to the rights of the parties in *that case;* and a re-hearing thereof upon the *alleged* ground that the Court mistook the application of the facts to the law of the case, will not be allowed.

Let the application for re-hearing be dismissed.